**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___4TH___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: EDWARD CAMEJO  JOINT DEBTOR: VICTORIA C CAMEJO  CASE NO.: 12-37004-JKO
Last Four Digits of SS# 7553    Last Four Digits of SS# 3284

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 1,095.00 for months __1__ to __8__ ;
  B.   $ 1,109.00 for months __9__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,575.00   TOTAL PAID $ 1,500.00
    Balance Due   $ 4,075.00   payable $ 527.62 /Month (Months __1__ to __7__ )
                                $ 381.66 /Month (Months __8__ to __8__ )
**Fee Itemization: $3,500.00 Base Legal Fee; $1,550.00 motions to value real property (2); $525.00 motion to value collateral**

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Financial National Bank    Arrearage on Petition Date $ 2,108.07
Address: POB 660431                       Arrears Payment $ 35.14 /month (Months __1__ to __59__ )
    Des Moines, IA 50306                  Arrears Payment $ 34.81 /month (Months __60__ to __60__ )
Account No: 2139 - Claim 10-1

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (4099) | Residential Property 5621 Riverside Dr #204 Coral Springs FL 33067 $35,000 | 0% | $0.00 | __1__ To __60__ | The Debtors seek to strip the second mortgage as wholly unsecured. |
| Infiniti Financial Services (5712) | 2008 Infiniti EX35 $24,139.92 | 5.25% | $432.69 | __1__ To __60__ | $25,961.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $ _____

Unsecured Creditors: Pay $ 145.96 /month (Months __8__ to __8__ ) and Pay $ 540.35 /month (Months __9__ to __59__ ) and Pay $ 540.68 /month (Months __60__ to __60__ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The Debtors will treat the secured claims of Citimortgage Inc (7017), BB& T (2261), Broward County Tax Collector (0220) New Providence Maintenance Association and 84 South Property Owners Association on the residential homestead located on 15056 SW 10 St, Sunrise FL 33326 directly outside of this plan. The Debtors are making monthly mortgage payments on the residential property located on 5621 Riverside Dr #204A1 Coral Springs, FL 33067 directly to secured creditors, Bank of America (1129) and The Grand Oasis Condominium Association, outside of this plan. The Debtors are surrendering a 2012 Infiniti G37 directly to secured creditor, Nissan Inf Lt (5446), outside of this plan and will reject the lease. The Debtors will treat the secured claim of Capital One NA/Hsbc/ymaha (9953 - Claim 23-1) on the 2009 Yamaha FZ1 directly outside of this plan. Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims if required.


__/s/ **FILED ECF**_____        Date: May 9, 2013
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)


LF-31 (rev. 12/01/09)