UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE  DIVISION

In re:
EDWARD CAMEJO                                    Case No.: 12-37004-JKO
VICTORIA C. CAMEJO                               Chapter 13


                    Debtor(s).
_____ /

## MOTION TO  MODIFY PLAN AND CONFIRM MODIFIED PLAN AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COME(S) NOW the Debtor(s), EDWARD CAMEJO and VICTORIA C. CAMEJO, by and through the undersigned attorney, and moves this court to allow the debtor(s) to modify their plan, and for the court to confirm the modified plan and would state as follows:

1.    The debtor(s) are current under the presently confirmed plan and are asking the Court to allow the modified plan to remove secured creditor Infiniti Financial Services from the plan and surrender the subject vehicle.

2.    The proposed modified plan is attached.

3.    No creditor would be prejudiced in that the debtor(s) have paid a substantial amount into the plan, and is/are paying the secured creditor in full.  The modifications are made in good faith.

WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the aforementioned grounds.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on  May 5, 2014 , upon:

<u>Via CM/ECF:</u>

Becket and Lee LLP, Esq on behalf of Creditor FIA Card Services NA as successor in interest to Bank of America NA (USA) and MBNA America Bank NA
notices@becket-lee.com

Michelle Garcia Gilbert on behalf of Creditor Bank of America, N.A. c/o
mgilbert@gilbertgrouplaw.com, bankruptcy@gilbertgrouplaw.com

Hollie N Hawn, Esq on behalf of Creditor Broward County
hhawn@broward.org, swulfekuhle@broward.org

David E. Hicks, Esq. on behalf of Creditor Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, as servicer for Nissan-Infiniti, LT
courtinfo@bcylaw.com

Dennis J LeVine, Esq on behalf of Creditor Branch Banking & Trust Company
courtinfo@bcylaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dean R. Prober, Esq. on behalf of Creditor Bank of America, N.A. c/o
cmartin@pralc.com

Matthew H Scott on behalf of Creditor Mitsubishi Motors Credit of America, Inc.
mhs@trippscott.com, bankruptcy@trippscott.com

Matthew H Scott on behalf of Creditor World Omni Financial Corp.
mhs@trippscott.com, bankruptcy@trippscott.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

<u>Via US Mail:</u>

Green Tree Servicing LLC
PO BOX 0049
Palatine, IL 60055-0049

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712


*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8180 NW 36th Street, Suite 209
Miami, FL 33166
**(305) 698-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436